1 | RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
2 | 502 Carnegie Center
Princeton, NJ 08540-6241
3 | Telephone: 609.919.6609
Facsimile: 609.919.6701
4 | E-mail: rrosenblatt@morganlewis.com

5 | LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
6 | 2 Palo Alto Square
3000 El Camino Real, Suite 700
7 | Palo Alto, CA 94306-2122
Telephone: 650.843.4000
8 | Facsimile: 650.843.4001
E-mail: lschroeder@morganlewis.com

Attorneys for Defendant
SANOFI-AVENTIS U.S. LLC

RICHARD A. HOYER, State Bar No. 151931
LAW OFFICES OF RICHARD A. HOYER
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: 415.956.1360
Facsimile: 415.276.1738
E-mail: rah@wpglaw.com

Attorneys for Plaintiff
J. ALETH GUIRIBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ALETH GUIRIBA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS, a Corporation,<br><br>Defendants. | Case No. 3:09-CV-05131-JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CASE DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/64731251.3

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE DEADLINES
(CASE NO. 3:09-CV-05131-JSW)

Plaintiff J. Aleth Guiriba ("Plaintiff") and Defendant sanofi-aventis U.S. LLC ("sanofi-aventis"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court pursuant to Civil L. R. 7-1(a)(5) and 7-12:

## STIPULATION

WHEREAS, on February 22, 2010, the Court issued an Order Scheduling Trial and Pretrial Matters ("Order") for this action;

WHEREAS, the Order refers this action to court-connected mediation, to be conducted by July 2, 2010;

WHEREAS, the Parties and the court-appointed mediator have scheduled the mediation to take place on June 24, 2010;

WHEREAS, per the Order, the deadline for the Court to hear dispositive motions is August 6, 2010, and therefore, per Local Rule 7-2(a), the deadline to file dispositive motions is July 2, 2010, just eight calendar days after the scheduled mediation;

WHEREAS, per the Order, the last day for expert discovery, if dispositive motions are filed, is October 31, 2010, a Sunday;

WHEREAS, sanofi-aventis anticipates filing a motion for summary judgment and the need to engage in expert discovery related to damages;

WHEREAS, the Parties submit that expending the resources required to prepare and oppose a motion for summary judgment and engage in expert discovery related to damages before completion of the mediation could result in an unnecessary waste of resources that might be avoided

WHEREAS, the Parties submit that preserving those resources until completion of the mediation could enhance the prospects of resolving this matter at mediation;

WHEREAS, the Parties believe that expending the resources required to engage in expert discovery before disposition is rendered on dispositive motions, if filed, would result in a waste of resources and that preserving those resources until disposition is rendered on dispositive motions, if filed, would further the prospects of resolving this matter prior to mediation and/or trial;

WHEREAS, the Parties therefore agree to extend the deadline to hear dispositive motions

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/64731251.3

1

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE DEADLINES
(CASE NO. 3:09-CV-05131-JSW)

1 | by four weeks;

2 | WHEREAS, the Parties also therefore agree to extend the last day for expert discovery, if
3 | dispositive motions are filed, by approximately four weeks;

4 | WHEREAS, trial for this matter has been set for February 7, 2011, and the Parties believe
5 | these extensions of time will not affect the trial date;

6 | WHEREAS, no modifications to the deadlines in this action have previously been made.

7 | NOW, THEREFORE, Plaintiff and sanofi-aventis, through their undersigned respective
8 | counsel, stipulate and request that the Court approve the following revisions to the schedule set
9 | forth in the Order.

10 | 9/3/10        Last Day to Hear Dispositive Motions
11 | 11/26/10      Last Day for Expert Discovery, if dispositive motions are filed

Dated: May 20, 2010                    MORGAN, LEWIS & BOCKIUS LLP

By _____
Richard G. Rosenblatt (Admitted Pro Hac Vice)
Lindsey K. Schroeder
Attorneys for Defendant
SANOFI-AVENTIS U.S. LLC

Dated: May __, 2010                    LAW OFFICES OF RICHARD A. HOYER

By _____
Richard A. Hoyer
Attorneys for Plaintiff
J. ALETH GUIRIBA

## ORDER

In light of the foregoing STIPULATION of the Parties and very good cause appearing, the Court ORDERS that the deadlines in this case are hereby modified as follows:

9/3/10          Last Day to Hear Dispositive Motions
11/26/10        Last Day for Expert Discovery, if dispositive motions are filed

STIPULATION AND [PROPOSED] ORDER
2
MODIFYING CASE DEADLINES
(CASE NO. 3:09-CV-05131-JSW)

1  To avoid prejudice to both Parties, ~~very~~ GOOD CAUSE exists to modify the deadlines in
2  this action as described herein.

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: June 1, 2010

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/64731251.3

3

STIPULATION AND [~~PROPOSED~~] ORDER
MODIFYING CASE DEADLINES
(CASE NO. 3:09-CV-05131-JSW)