# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| J. ALETH GUIRIBA,<br>　　　　　Plaintiffs, | No. C 09-5131 JSW |
| v. | **ORDER DENYING REQUEST FOR TELEPHONIC ATTENDANCE AT MEDIATION BY DEFENDANT'S CORPORATE REPRESENTATIVE** |
| SANOFI-AVENTIS U.S. LLC,<br>　　　　　Defendant. | |
| | Session Date:　　June 24, 2010<br>Mediator:　　　　Dirk Schenkkan |

　　　　Before the court is defendant's request to excuse defendant Sanofi-Aventis's corporate representative and in-house counsel, Josh Lubin, from personally attending the June 24, 2010 mediation before Dirk Schenkkan. The request cites travel expenses as justification. As travel expenses, without more, are not considered 'extraordinary or otherwise unjustifiable hardship' under ADR L.R. 6-10(d), the request is DENIED.

　　　　IT IS SO ORDERED.

June 4, 2010　　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge