RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: 609.919.6609
Facsimile: 609.919.6701
E-mail: rrosenblatt@morganlewis.com

LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: lschroeder@morganlewis.com

Attorneys for Defendant
SANOFI-AVENTIS U.S. LLC

RICHARD A. HOYER, State Bar No. 151931
LAW OFFICES OF RICHARD A. HOYER
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: 415.956.1360
Facsimile: 415.276.1738
E-mail: rah@wpglaw.com

Attorneys for Plaintiff
J. ALETH GUIRIBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ALETH GUIRIBA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS, a Corporation,<br><br>Defendants. | Case No. 3:09-CV-05131-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DISPOSITIVE MOTION HEARING DATE**<br>AS MODIFIED HEREIN |

Plaintiff J. Aleth Guiriba ("Plaintiff") and Defendant sanofi-aventis U.S. LLC ("sanofi-aventis"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court pursuant to Civil L. R. 7-1(a)(5) and 7-12:

**STIPULATION**

WHEREAS, on June 1, 2010, the Court issued a Stipulation Order Modifying Case Deadlines ("Order") for this action setting a Dispositive Motion Hearing date for September 3, 2010;

WHEREAS, Defendant's lead counsel, Richard G. Rosenblatt, mistakenly agreed to September 3 for the Motion Hearing Date, having forgotten that that date fell squarely during the period of a long-planned family vacation;

WHEREAS, Defendant's co-counsel, Lindsey Schroeder has commenced a maternity leave and, therefore, is unavailable to attend the Motion Hearing should argument be required;

WHEREAS, Mr. Rosenblatt and Ms. Schroeder are the only attorneys within their law firm familiar with this matter;

WHEREAS, Mr. Rosenblatt is currently scheduled to commence a jury trial in Superior Court of New Jersey (Middlesex County) in the matter of *Sodhi v. FedEx Ground* on September 7, 2010;

WHEREAS, a short delay in the scheduling of the Motion Hearing would cause no prejudice or delay in trial, which is not scheduled until February 7, 2011;

WHERAS, Plaintiff's counsel, Richard Hoyer, has consented to the rescheduling of the Motion Hearing date to September 24, 2010, or such date that the Court has available on or after September 22, 2010;

WHEREAS, the Parties also therefore agree to extend the last day for expert discovery, if dispositive motions are filed, by approximately three weeks.

NOW, THEREFORE, Plaintiff and sanofi-aventis, through their undersigned respective counsel, stipulate and request that the Court approve the following revisions to the schedule set forth in the Order:

9/24/10      Last Day to Hear Dispositive Motions

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/65193091.2

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DISPOSITIVE MOTION HEARING
DATE (CASE NO. 3:09-CV-05131-JSW)

|   |   |
|---|---|
| 12/3/10 | Last Day for Expert Discovery, if dispositive motions are filed |

Dated: July 15, 2010                           MORGAN, LEWIS & BOCKIUS LLP

By _____
Richard G. Rosenblatt (*Admitted Pro Hac Vice*)
Lindsey K. Schroeder
Attorneys for Defendant
SANOFI-AVENTIS U.S. LLC

Dated: July 14, 2010                           LAW OFFICES OF RICHARD A. HOYER

By _____
Richard A. Hoyer
David C. lipps
Attorneys for Plaintiff
J. ALETH GUIRIBA

## ORDER

In light of the foregoing STIPULATION of the Parties and very good cause appearing, the Court ORDERS that the deadlines in this case are hereby modified as follows:

~~9/24/10~~ 10/1/2010   Last Day to Hear Dispositive Motions

12/13/10   Last Day for Expert Discovery, if dispositive motions are filed

To avoid prejudice, very GOOD CAUSE exists to modify the deadlines in this action as described herein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 15, 2010                           _____
HON. JEFFREY S. WHITE
U.S District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/65193091.2                    2    STIPULATION AND [PROPOSED] ORDER
CONTINUING DISPOSITIVE MOTION HEARING
DATE (CASE NO. 3:09-CV-05131-JSW)