1   RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*)
    MORGAN, LEWIS & BOCKIUS LLP
2   502 Carnegie Center
    Princeton, NJ  08540-6241
3   Telephone:  609.919.6609
    Facsimile:   609.919.6701
4   E-mail: rrosenblatt@morganlewis.com

5   LINDSEY K. SCHROEDER, State Bar No. 245425
    MORGAN, LEWIS & BOCKIUS LLP
6   2 Palo Alto Square
    3000 El Camino Real, Suite 700
7   Palo Alto, CA  94306-2122
    Telephone:  650.843.4000
8   Facsimile:   650.843.4001
    E-mail: lschroeder@morganlewis.com

9
    Attorneys for Defendant
10  SANOFI-AVENTIS U.S. LLC

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  J. ALETH GUIRIBA, an individual          Case No. 3:09-CV-05131 JSW

15                   Plaintiff,              **NOTICE OF SETTLEMENT**
                                             AND ORDER THEREON
16           vs.

17  SANOFI-AVENTIS, a Corporation,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
    PALO ALTO

DB1/65536762.1

1    TO THE HONORABLE JEFFREY S. WHITE:

2    PLEASE TAKE NOTICE that the parties have reached a settlement on the material terms

3    of their agreement and are in the process of finalizing the formal written agreement.  The parties

4    anticipate filing a Joint Stipulation of Dismissal and Proposed Order with the Court shortly.  The

5    parties respectfully request that the Court put the matter on the Court's Dismissal Calendar.

6    Dated: August 25, 2010                 MORGAN, LEWIS & BOCKIUS LLP

7

8                                           By _____/s/_____

9                                           Richard G. Rosenblatt (*Admitted Pro Hac Vice*)
                                            Lindsey K. Schroeder

10                                          Attorneys for Defendant
                                            SANOFI-AVENTIS U.S. LLC

11

12   This Court does not have a "dismissal" calendar.  However, the Court shall construe this as a
     request to vacate impending deadlines, and it GRANTS that request.  If a dismissal is not

13   filed by September 24, 2010, the parties shall appear for a case management conference on
     October 1, 2010 at 1:30 p.m. to discuss the status of the case.  A joint case management

14   conference statement shall be due on September 24, 2010.

15   IT IS SO ORDERED.

16
17   August 26, 2010

18
19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/65536762.1                    1                    NOTICE OF SETTLEMENT
                                                       (CASE NO.: 3:09-CV-05131-JSW)