RICHARD G. ROSENBLATT (*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: 609.919.6609
Facsimile: 609.919.6701
E-mail: rrosenblatt@morganlewis.com

LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: lschroeder@morganlewis.com

Attorneys for Defendant
SANOFI-AVENTIS U.S. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ALETH GUIRIBA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS, a Corporation,<br><br>　　　　Defendants. | Case No. 3:09-CV-05131-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br>AND ORDER THEREON |

**IT IS HEREBY STIPULATED AND AGREED** by and between Morgan, Lewis & Bockius LLP, counsel for Defendant sanofi-aventis, U.S. LLC, and the Law Offices of Richard A. Hoyer, counsel for Plaintiff J. Aleth Guiriba, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter is hereby **DISMISSED** in its entirety **WITH PREJUDICE,** with each party to bear his/its attorneys' fees and costs.

| | |
|---|---|
| **HOYER & ASSOCIATES**<br>Attorneys for Plaintiff<br><br>_____<br>David C. Lipps<br><br>Dated: 9/27/10 | **MORGAN, LEWIS & BOCKIUS LLP**<br>Attorneys for Defendant<br><br>_____/s/_____<br>Richard G. Rosenblatt<br><br>Dated: 9/27/10 |

Approved and so **ORDERED** this 28th day of September, 2010.

_____
HON. JEFFREY S. WHITE, U.S.D.J.